UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MILTON GILL #391359,

       Plaintiff,                              NO.  2:05-cv-72712

v

                                          HON.  VICTORIA A. ROBERTS

DR. MATHAI, et al.,                    MAG. PAUL J. KOMIVES

       Defendants.

| Alan G. Gilchrist (P23408) | Cori Barkman (P61740) |
|---|---|
| Foster Swift Collins & Smith PC | Assistant Attorney General – Corrections |
| 32300 Northwestern Hwy Ste 230 | *Attorney for Defendant Roth* |
| Farmington Hills, MI 48334 | P.O. Box 30217 |
| Phone: (248) 539-9900 | Lansing, MI  48909 |
| Fax: (248) 851-7504 | (517) 335-7021 |

## ORDER TAXING COSTS

       Defendant filed a Motion to Tax Costs in the amount of **$71.60** pursuant to Fed R Civ P 54(d) and 28 USC § 1920.  The Court held a telephone conference on November 20, 2006.  Attending were Alan Gilchrist for the Plaintiff and Cori Barkman for the Defendant.

       IT IS ORDERED that Defendant's Motion to Tax Costs is GRANTED, and further that Plaintiff shall pay to Defendant's attorney, Michael A. Cox, Attorney General of the State of Michigan, taxable costs in the amount of $**71.60**, as follows:

    __X__ In accordance with the Prison Litigation Reform Act and 28 U.S.C.
§ 1915(b) and (f), Plaintiff is now required to make an initial payment of costs
equal to twenty-percent (20%) of the greater of (A) the average monthly deposits
to the prisoner's account, or (B) the average monthly balance in the prisoner's
account over a six month period.  This amount is immediately payable to the
Michigan Attorney General's Office.  The remaining balance is to be paid to the
Michigan Attorney General's Office by withdrawing twenty percent (20%) of the
monthly income credited to Plaintiff's account until paid in full.

       The Michigan Department of Corrections is not required to immediately
forward withdrawn funds totaling less than $10.00 to the Michigan Attorney
General's Office, but in conjunction with that office, must take steps to make sure
that the total amount withdrawn does not exceed the costs awarded.

1

2

Dated:   11/28/06                                    /s/ Victoria A. Roberts
                                                     Victoria A. Roberts
                                                     United States District Court Judge

CEBCases/2005020918A/Costs Order

2:05-cv-72712-VAR-PJK   Doc # 55   Filed 11/28/06   Pg 2 of 2    Pg ID 246